FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y
★ APR 28 2005 ★
LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------X
KEY MANAGEMENT GROUP,

        Plaintiff,

- against -

AMERICAN INTERNATIONAL,

        Defendant.
-------------------------------------------------X

ORDER

CV: 04-2482
WEXLER, J.

On consent, the above action is hereby administratively removed from the calendar without prejudice with the right to be restored upon written request and Magistrate Judge Wall's report and recommendation is adopted, it is

ORDERED that the Clerk of Court is directed to close this action without prejudice.

SO ORDERED:

Dated: Central Islip, New York
      April 28, 2005

                              LEONARD D. WEXLER
                              United States District Judge